1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX 78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5

## UNITED STATES DISTRICT COURT

6

### NORTHERN DISTRICT OF CALIFORNIA

7

### SAN FRANCISCO DIVISION

8

| | |
|---|---|
| 9  **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND** 10 **PRODUCT LIABILITY LITIGATION** | ) ) MDL NO. 1699 ) ) District Judge: Charles R. Breyer |
| 11  This Document Relates To: *Delia Vera Pena v. Pfizer Inc., et al.* 12 (C-06-0097) | ) ) ) **STIPULATION AND ORDER OF** ) **DISMISSAL WITH PREJUDICE** |
| 13  *Dale Richards v. Pfizer Inc., et al.* (C 06 0359) 14 | ) ) ) |
| 15  *Kathryn E. Adair v. Pfizer Inc., et al.* (3:06-cv-00360-CRB) | ) ) |
| 16  *Joan H. Grimsley v. Pfizer Inc., et al.* (06-3164 CRB) 17 | ) ) ) |
| 18  *George Carey and Paula Y. Carey v. Pfizer Inc., et al.* (06-3165 CRB) 19 | ) ) ) ) |
| 20  *Beverly Parr v. Pfizer Inc., et al.* (06-3364 CRB) | ) ) |
| 21  *Shelia Lynn Campbell Yuras, Individually and as Representative of the Estate of Robert Kay* 22 *Carpenter, Deceased v. Pfizer Inc., et al.* (06-3366 CRB) 23 | ) ) ) ) ) |
| 24  *Esther Luther, Individually and as Representative of the Estate of Harold Luther, Deceased v. Pfizer Inc., et al.* 25 (C-06-6005) | ) ) ) ) ) |
| 26  *Ava Purkey v. Pfizer Inc., et al.* (C-06-6182) 27 | ) ) ) |
| 28  *Mary Amos v. Pfizer Inc., et al.* (C-06-6259) | ) ) |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

|   |   |   |
|---|---|---|
| 1 | | ) |
| 2 | *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* | ) ) ) ) |
| 3 | (C-06-6568 CRB) | ) ) |
| 4 | *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* | ) ) ) ) ) |
| 5 | | ) |
| 6 | (06-6930) | ) ) |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) | ) ) ) |
| 8 | | ) |
| 9 | *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) | ) ) ) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) | ) ) ) |
| 11 | | ) |
| 12 | *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* | ) ) ) |
| 13 | (C-07-2576 CRB) | ) ) |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) | ) ) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE